IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
FEB 22 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:07cr33-WKW |
| v. ) | [18 USC 922(g)(1); |
| ) | 21 USC 844 |
| GEORGE BRAY ) | |
| aka JAMES BRAY ) | |
| aka "BOOTIE" BRAY ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about August 15, 2005, in Pike County, Alabama, in the Middle District of Alabama, the defendant

GEORGE BRAY,
aka JAMES BRAY,
aka "BOOTIE" BRAY,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Unlawful Distribution of a Controlled Substance in the Circuit Court of Pike County, Alabama (CC 02- 407; 408; 409; and 410), did knowingly possessed a firearm, in and affecting commerce, that is a Beretta, .32 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about August 15, 2005, in Pike County, Alabama, in the Middle District of Alabama, the defendant

GEORGE BRAY,
aka JAMES BRAY,
aka "BOOTIE" BRAY,

did knowingly and intentionally possess a controlled substance, to-wit: marijuana, a Schedule I

Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A. Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

GEORGE BRAY,
aka JAMES BRAY
aka "BOOTIE" BRAY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Beretta, .32 caliber pistol.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above

paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Susan R. Redmond
Assistant United States Attorney