UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07- cr-33-WKW |
| | ) | |
| GEORGE BRAY | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against GEORGE BRAY, now in custody of the Alabama Department of Corrections, Easterling Correctional Facility, Clio, AL, and that said cause is set for arraignment at 10am on April 18, 2007, before this Honorable Court to be held at Montgomery, Alabama.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Easterling Correctional Facility, Clio, AL, commanding them to deliver said prisoner, GEORGE BRAY, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

    Respectfully submitted this 6th day of March, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280   (334) 223-7135 Fax
susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CR. NO.  2:07cr33-WKW |
| ) | |
| GEORGE BRAY ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed March 6, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Easterling Correctional Facility, Clio, AL, commanding them to deliver the said prisoner, GEORGE BRAY, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on April 18, 2007, and to return said prisoner, to said official when the Court has finished with him.

DONE this the _____ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE