UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr33-WKW |
| | ) | |
| GEORGE BRAY | ) | |

### O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#4), filed March 6, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Easterling Correctional Facility, Clio, AL, commanding them to deliver the said prisoner, GEORGE BRAY, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on April 18, 2007, and to return said prisoner, to said official when the Court has finished with him.

Done this 6th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE