IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07-CR-33-WKW-SRW** |
| ) | |
| **GEORGE BRAY** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **GEORGE BRAY**, in the above-styled matter.

Dated this 4th day of April 2007.

>Respectfully submitted,
>
>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for George Bray
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                      **s/Christine A. Freeman**
                                                      **CHRISTINE A. FREEMAN**
                                                      **TN BAR NO.: 11892**
                                                      Attorney for George Bray
                                                      Federal Defenders
                                                      Middle District of Alabama
                                                      201 Monroe Street, Suite 407
                                                      Montgomery, AL 36104
                                                      TEL:  (334) 834-2099
                                                      FAX:  (334) 834-0353
                                                      E-Mail: Christine_Freeman@fd.org