IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-CR-33-WKW-SRW |
| | ) | |
| **GEORGE BRAY** | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO WAIVE RIGHTS UNDER INTERSTATE AGREEMENT ON DETAINERS AND BE RETURNED TO EASTERLING CORRECTIONAL FACILITY TO COMPLETE HIS SUBSTANCE <u>ABUSE PROGRAM DURING THE PENDENCY OF FEDERAL CRIMINAL</u> PROCEEDINGS**

COMES NOW, the defendant, George Bray, by undersigned counsel, and, waiving his rights under the Interstate Agreement on Detainers, hereby moves this Honorable Court for an Order directing that he be returned to Easterling Correctional Facility, the Alabama state correctional institution from which he was brought into federal custody, until it is necessary to return him to federal custody to dispose of the instant matter.

In support of this motion, Mr. Bray would show the following:

1.  This Indictment was filed on February 22, 2007 and charges Mr. Bray with violating federal criminal law on August 15, 2005 in Pike County, in that it alleges that on that date he was a previously-convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 1), and also in possession of an unstated quantity of marijuana, in violation of 21 U.S.C. 844(a) (Count 2), which is a personal use violation.

2.  Mr. Bray has been incarcerated since approximately August 2005 and has been serving a twenty year sentence in the custody of the Alabama Department of Corrections since on or about November 2005. He continues to serve that sentence and is incarcerated

at Easterling Correctional Facility, in Clio, Alabama.

3. At the time Mr. Bray was picked up from Easterling by the United States Marshal Service, he was nearing completion of a Substance Abuse Program with the Alabama Department of Corrections. He has completed approximately twelve months of an eighteen month program. If he is not returned to state custody quickly, he will be dropped from the program.

4. On April 4, 2007, Mr. Bray appeared for an Initial Appearance and Arraignment before the Court. At that proceeding, Mr. Bray has waived his right to a speedy trial and accepted a trial date on the next trial term assigned to the Hon. Judge Watkins, which is in August 2007.

5. At that proceeding on April 4, 2007, Mr. Bray also expressly waived his rights under Article IV(e) of the Interstate Agreement on Detainers, and requested that he be returned to Easterling Correctional Facility, to avoid being dropped from his substance abuse treatment program and to permit him to complete that program. See *Alabama v. Bozeman*, 121 S.Ct. 2079, 2086 (2001).

6. At that proceeding on April 4, 2007, counsel for the government stated that he had no opposition to this request, as long as Mr. Bray waived his applicable rights under the Interstate Agreement on Detainers. Government counsel acknowledged that Mr. Bray was making such waiver at that time. Counsel for the government does not oppose Mr. Price's return to state custody prior to the disposition of the federal criminal matter, based on that waiver.

7. Because it would be mutually advantageous to the prisoner and the government to return Mr. Bray to state custody prior to the conclusion of this matter and because Mr. Bray expressly waives his rights under Article IV(e) of the Interstate Agreement on Detainers, *Alabama v. Bozeman*, 121 S.Ct. 2079, 2086 (2001), this Court has authority to order the United States Marshal Service to return Mr. Bray to state custody at Easterling Correctional Facility prior to the disposition of the federal matter. Defendant asks that this Court exercise that authority and so order.

WHEREFORE, defendant prays that this Motion be granted.

Respectfully submitted, this the 4th day of April, 2007.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for George Bray
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                **s/Christine A. Freeman**
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Attorney for George Bray
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                TEL:  (334) 834-2099
                FAX:  (334) 834-0353
                E-Mail: Christine_Freeman@fd.org