IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr33-WKW |
| | ) | |
| GEORGE BRAY | ) | |

## **ORDER**

Upon consideration of defendant's unopposed motion to waive rights under Article IV(e) of the Interstate Agreement on Detainers (Doc. # 10), filed April 4, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The U.S. Marshal is AUTHORIZED and DIRECTED to return defendant to state custody at the Easterling Correctional Center pending trial in this case.

DONE, this 5th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE