IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-33-WKW-SRW |
| | ) | |
| GEORGE BRAY | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **GEORGE BRAY**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Defendant is in the custody of the Alabama Department of Corrections.

Dated this 25th day of July 2007.

                                        Respectfully submitted;

                                        s/Christine A. Freeman
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        TEL:  (334) 834-2099
                                        FAX:  (334) 834-0353
                                        E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                     **s/Christine A. Freeman**
                                                     **CHRISTINE A. FREEMAN**
                                                     **TN BAR NO.: 11892**
                                                     Federal Defenders
                                                     Middle District of Alabama
                                                     201 Monroe Street, Suite 407
                                                     Montgomery, AL 36104
                                                     TEL:  (334) 834-2099
                                                     FAX:  (334) 834-0353
                                                     E-Mail: Christine_Freeman@fd.org