IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-CR-33-WKW-SRW |
| | ) | |
| GEORGE BRAY | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, George Bray ("Mr. Bray"), by undersigned counsel, Christine A. Freeman, and respectfully requests pursuant to 18 U.S.C. § 3161(h)(8)(A), that this Court continue this matter from August 6, 2007 trial docket.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(B)(iv).

In support of this motion, Mr. Bray would show the following:

1. Defense Counsel discovered on July 27, 2007 a new witness who will provide exculpatory information.

2. Counsel for the Government and Counsel for Defendant have agreed that additional investigation must be pursued.

3. Such investigation cannot be completed by the trial date of August 6, 2007.

4. The attorney for the Government in this case, Susan Redmond, Esq., does not oppose this motion.

5. Mr. Bray's previously filed Notice of Intent to Change Plea has been withdrawn.

**WHEREFORE**, the Defendant prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for George Bray
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for George Bray
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org