IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-CR-33-WKW-SRW |
| | ) | |
| **GEORGE BRAY** | ) | |

## NOTICE

**COMES NOW** the Defendant, George Bray by undersigned counsel, Christine A. Freeman, and respectfully notifies this Court that the previously filed Notice of Intent to Change Plea is hereby withdrawn, due to continuing investigations.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for George Bray
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                **s/Christine A. Freeman**
                                                **CHRISTINE A. FREEMAN**
                                                **TN BAR NO.: 11892**
                                                Attorney for George Bray
                                                Federal Defenders
                                                Middle District of Alabama
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                TEL:   (334) 834-2099
                                                FAX:   (334) 834-0353
                                                E-Mail: Christine_Freeman@fd.org