IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-CR-33-WKW-SRW |
| | ) | |
| **GEORGE BRAY** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, George Bray, by undersigned counsel and pursuant to 18 U.S.C. § 3161(h)(8)(A), and respectfully requests that this Court continue this matter from November 5, 2007 trial docket to the next appropriate trial term of this Court.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(B)(iv).

In support of this motion, Mr. Bray would show the following:

1. Counsel for the government and defense have discussed possible resolution of this case without trial; however, said resolution involves locating a necessary witness. In addition, if this case were to go to trial, said witness would be essential to the defense.

2. Investigators for the defendant have spoken with the witness on one occasion and have confirmed the witness' information, but have had difficulty reaching the witness recently.

3. Counsel for the Government and Counsel for Defendant have agreed that this additional investigation is necessary for preparation of this matter.

4. The attorney for the Government in this case does not oppose this motion.

**WHEREFORE**, the Defendant prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for George Bray
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for George Bray
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org