IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07-CR-33-WKW-SRW** |
| ) | |
| **GEORGE BRAY** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **GEORGE BRAY**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Defendant is in the custody of the Alabama Department of Corrections.

Dated this 25th day of January 2008.

        Respectfully submitted;

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                      **s/Christine A. Freeman**
                                      **CHRISTINE A. FREEMAN**
                                      **TN BAR NO.: 11892**
                                      Federal Defenders
                                      Middle District of Alabama
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      TEL:  (334) 834-2099
                                      FAX:  (334) 834-0353
                                      E-Mail: Christine_Freeman@fd.org