IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **v.** ) | CASE NO. 2:07cr33-WKW |
| ) | |
| **GEORGE BRAY** ) | |
| **aka JAMES BRAY** ) | |
| **aka "BOOTIE" BRAY** ) | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 13th day of March, 2008.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      **/s/Tommie Brown Hardwick**
                                      TOMMIE BROWN HARDWICK
                                      Assistant United States Attorney
                                      Bar Number: ASB4152 W86T
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Phone: (334) 223-7280
                                      Fax: (334) 223-7135
                                      E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney