## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-CR-33-WKW-SRW** |
| | ) | |
| **GEORGE BRAY** | ) | |

## MOTION TO RESCHEDULE SENTENCING

Comes now the Defendant, by undersigned counsel, and respectfully requests this

Court to enter an order rescheduling the sentencing hearing,  presently set for Tuesday, April

15, at 10:00 a.m.

As grounds for this Motion, counsel would show:

Counsel for the defendant is unavailable, due to participation in the on-going trial of

Lorenzo Rainer, Case No. 02:07-cr-151-MEF..

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Alexis Ramon Herrera-Flores
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square,

Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Alexis Ramon Herrera-Flores
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2