IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:07-cr-33-WKW |
| ) | |
| GEORGE BRAY ) | |
| ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Reschedule Sentencing (Doc. # 50), it is ORDERED that the motion is GRANTED and that the sentencing hearing is CONTINUED from April 15, 2008, to **April 29, 2008, at 10:30 a.m.**

DONE this 14th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE